IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PETER VALLECILLO, | § |
| | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. SA-03-CA-1184 |
| | § SA04CA909 |
| ADVOCACY, INC., | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL

**CAME ON TO BE CONSIDERED** on this 23 day of March, 2004, the parties' Joint Motion to Dismiss with Prejudice and the Court, having considered the Motion, and the agreement of the parties, is of the opinion that the Motion should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the parties' Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant are dismissed, in their entirety, with prejudice to refiling same, each party bearing their own costs of Court and their own attorneys' fees.

SIGNED this 23 day of March, 2004.

_____
JUDGE PRESIDING

AGREED:

By: *[signature]* _____  
DAN DARGENE  
Texas State Bar No. 05384200  
JARRETT R. ANDREWS  
Texas State Bar No. 24031703

**WINSTEAD SECHREST & MINICK P.C.**  
5400 Renaissance Tower  
1201 Elm Street  
Dallas, Texas 75270  
(214) 745-5400 (Telephone)  
(214) 745-5930 (Facsimile)

**ATTORNEYS FOR DEFENDANT ADVOCACY, INC.**

By: *[signature]* _____  
ARTHUR G. VEGA  
Texas State Bar No. 20533600

**LAW OFFICES OF ARTHUR G. VEGA**  
115 Villita  
San Antonio, Texas 78205  
(210) 224-8888 (Telephone)  
(210) 225-7751 (Facsimile)

**ATTORNEYS FOR PLAINTIFF PETER VALLECILLO**

Dallas_1\4124820\1  
40261-8 3/4/2005